**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **DEBBIE MARIE SMITH** | )   Case No. 09-50349-FJS |
| | ) |
| | ) |

### TRUSTEE'S REPORT OF DEPOSIT OF A SMALL DIVIDEND

David R. Ruby, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Debbie Marie Smith (the "Debtor"), hereby respectfully submits the following report on the deposit of a small dividend:

Pursuant to Fed. R. Bankr. P. 3010, the Trustee mailed to the Clerk of the United States Bankruptcy Court on December 20, 2010, a check in the amount of $2.80 constituting the dividend owed to the following creditor in this case:

> Middle Peninsula Northern Neck
> P.O. Box 269
> Ark, VA  23003-0000
> (Claim #00000 1-1)

>                               Respectfully submitted,
>
>                                  /s/David R. Ruby
>                               David R. Ruby
>                               Chapter 7 Trustee

Date of Report: December 20, 2010

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
MCSWEENEY, CRUMP, CHILDRESS & TEMPLE, P. C.
Post Office Box 1463 (23218)
11 South 12th Street
Richmond, Virginia 23219
Telephone: (804) 783-6811
Facsimile: (804) 782-2130
E-mail: druby@mcsweeneycrump.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2010, a true and accurate copy of the foregoing Report of Deposit of Small Dividends was served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

Kenneth N. Whitehurst, III, Esquire*
Office of the United States Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, Virginia 23510
[USTPRegion04.NO.ECF@usdoj.gov]

Olaf F. Gebhart, Jr., Esquire*
Law Office of Olaf Gebhart & Associates, P.C.
6769 Main Street
Gloucester, VA 23061
[Debtor's Counsel]

Middle Peninsula Northern Neck
P.O. Box 269
Ark, VA  23003-0000
[Claimant]

            /s/ David R. Ruby
            David R. Ruby

[* Indicates service by ECF or e-mail.  All others served by first class U.S. Mail, postage prepaid.]